FRANK B. EATON, RELATOR, v. CITY OF NEWARK ET AL., RESPONDENTS.

**Municipalities—Zoning—Relator Had Not Exhausted His Remedy by Appealing to Board of Adjustment Which Exists in City of Newark.**

Submitted January term, 1925—Decided March 26, 1925.

On rule for *mandamus*.

Before Justices KALISCH, BLACK and CAMPBELL.

For the relator, *Edward L. Davis*.

For the respondents, *Jerome T. Congleton* and *Charles M. Myers*.

PER CURIAM.

In this matter no further statement of facts is necessary other than that application was made by relator to the superintendent of buildings of the city of Newark for a permit to erect thirty-two garages to house one automobile each, and such permit was refused, for the reason that such structures upon the premises of relator would be in violation of the zoning ordinance of the city. A board of adjustment exists in the city of Newark in pursuance of the terms of *Pamph. L.* 1924, *ch.* 146, and relator had not appealed to that board from the ruling or refusal of the superintendent of buildings.

We conclude that relator must exhaust the remedies through such agencies as the legislature has set up for that purpose before applying for the allowance of the discretionary writ of this court. *Florenzie* v. *East Orange*, 88 *N. J. L.* 438.

The rule to show cause is dismissed.